```
                              United States Bankruptcy Court
                               Central District of California
In re:                                                                  Case No. 19-15069-ER
Jose Alvarez Sanchez                                                    Chapter 7
Beatriz Alvarez
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0973-2          User: admin                  Page 1 of 2                  Date Rcvd: Aug 12, 2019
                              Form ID: 318a                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db/jdb         +Jose Alvarez Sanchez,    Beatriz Alvarez,    7129 Arbutus Ave,    Huntington Park, CA 90255-5231
39527875        Equifax Info Services LLC,    Box 740256,    Atlanta, GA 30374-0256
39527876        Experian,   NCAC,    PO Box 9556,    Allen, TX 75013
39527885        New Penn Financial LLC,    55 Beattie Pl Ste 110 Stop 5 Mail,     Greenville, SC 29601-5115
39527887       +Oportun Inc/Progreso Fin,    3201 Dallas Parkway,    Frisco, TX 75034-9571
39527889       +Tbom/Fortiva MC,    PO Box 105555,    Atlanta, GA 30348-5555
39527890       +Trans Union Corporation,    Attn: Public Records Department,     555 W Adams St.,
                 Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Aug 13 2019 07:48:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Aug 13 2019 07:48:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
smg             E-mail/Text: finance.bankruptcy@lacity.org Aug 13 2019 04:05:10      Los Angeles City Clerk,
                 P.O. Box 53200,    Los Angeles, CA 90053-0200
39527863        EDI: BANKAMER.COM Aug 13 2019 07:48:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
39527864       +EDI: CAPITALONE.COM Aug 13 2019 07:48:00      Capital One Bank,    Box 30281,
                 Salt Lake City, UT 84130-0281
39527865       +EDI: CAPITALONE.COM Aug 13 2019 07:48:00      Capital One Bank Usa,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
39527866       +EDI: CAPITALONE.COM Aug 13 2019 07:48:00      Capital One Bank Usa Na,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
39527867       +EDI: CHASE.COM Aug 13 2019 07:48:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
39527870       +EDI: WFNNB.COM Aug 13 2019 07:48:00      Comenity Bank /Vctrssec,    Po Box 182789,
                 Columbus, OH 43218-2789
39527871       +EDI: WFNNB.COM Aug 13 2019 07:48:00      Comenity Capital Bank,    PO Box 182120,
                 Columbus, OH 43218-2120
39527872       +EDI: RCSFNBMARIN.COM Aug 13 2019 07:48:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
39527877       +EDI: AMINFOFP.COM Aug 13 2019 07:48:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
39527881       +EDI: PHINGENESIS Aug 13 2019 07:48:00      Genesis Bank Card Service,    PO Box 4499,
                 Beaverton, OR 97076-4499
39527882       +E-mail/Text: Bankruptcy@homebridge.com Aug 13 2019 04:06:57      Home Bridge Financial Services,
                 PO Box 100051,    Kennesaw, GA 30156-9202
39527883       +E-mail/Text: bk@lendingclub.com Aug 13 2019 04:06:38      Lending Club Corp,
                 71 stevenson st ste 300,    San Francisco, CA 94105-2985
39527884       +E-mail/Text: bklcard@lendup.com Aug 13 2019 04:06:47      Lendup Card Services,
                 225 Bush Street,    San Francisco, CA 94104-4215
39527886       +EDI: AGFINANCE.COM Aug 13 2019 07:48:00      Onemain,    Po Box 1010,    Evansville, IN 47706-1010
39527888       +EDI: RMSC.COM Aug 13 2019 07:48:00      Syncb/Wal-Mart,    Po Box 965024,
                 Orlando, FL 32896-5024
39527891       +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 13 2019 04:06:14
                 Westlake Financial Services,    4751 Wilshire Blvd Ste 100,    Los Angeles, CA 90010-3847
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
39527868*      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
39527869*      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
39527873*       Credit One Bank,    PO Box 98872,    Las Vegas, NV 89193-8872
39527874*       Credit One Bank,    PO Box 98872,    Las Vegas, NV 89193-8872
39527878*      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
39527879*      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
39527880*      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
                                                                                    TOTALS: 1, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0973-2          User: admin              Page 2 of 2               Date Rcvd: Aug 12, 2019
                              Form ID: 318a            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              John P Pringle (TR)    brenfro@rpmlaw.com,   jpp@trustesolutions.net;jpringle@rpmlaw.com
              Scott   Kosner    on behalf of Joint Debtor Beatriz  Alvarez tyson@tysonfirm.com
              Scott   Kosner    on behalf of Debtor Jose  Alvarez Sanchez tyson@tysonfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Valerie  Smith   on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                                          TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jose Alvarez Sanchez** | Social Security number or ITIN  **xxx–xx–6917** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Beatriz Alvarez** | Social Security number or ITIN  **xxx–xx–3410** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **2:19–bk–15069–ER**

# Order of Discharge – Chapter 7                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose Alvarez Sanchez
aka Jose Alvarez, aka Jose Alvarez Sanchez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 8/12/19

Beatriz Alvarez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 8/12/19

**Dated:** 8/12/19

**By the court:**  Ernest M. Robles
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**16/AUT**
**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**                page 2